IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:07-00216 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| SAM KHALIL, | ) | |
| Defendant. | ) | |

# ORDER

A revocation hearing is set in this action for **Friday, April 25, 2014 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the 9th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court